FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 01 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:23-cv-00160-LPR-PSH

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Fredrick Knight
ADC # 267480
Address: 3201 W. Rosservelt, Little Rock, Ark 72204

Name of plaintiff: James Launpo Perry
ADC # 258693
Address: 3201 W. Rosservelf, Little Rock, Ark 72204

Name of plaintiff: Cameron Carlos Santana  ADC# 137097
ADC # 137097
Address: 4518 Mt-Harmong Rd Greenwood, AR 72936

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Dr. Messersmith
Position: Dr @ the Jail
Place of employment: PCDC / Captain Tom Key
Address: 3201 W. Rossenelt Little Rock LRK

Name of defendant: Officer Victoria Swatt, Sgt Murphy
Sgt Wynn
Position: Deputies and Sgt @ Jail

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

Pg 4. part B

A. Name of plaintiff: ADC# 258693 James Lavayne Perry
Address: 3201 W. Rossevelt Little Rock AR

Name of plaintiff ADC# 245-017 Ryan Stewart
Address: 3204 Whittlet SE Littlerock, AR 72201

Name of plaintiff: ADC# Noah Cambell 256970
Address: 3201 W. Rossevelt Little Rock AR. 72204

Name of plaintiff: ADC# James Jackson 251009
Address: 3200 W Roosevelt Little Rock ARK 72204

Name of Plaintiff: ADC# 251-009
Address: ~~Address:~~

Name of Plaintiff: ADC# Jamis McEntire
Address: 267252  #303  1 Break every 4-5 day not good

Name of Plaintiff: ADC# Cameron Carlos Santana ADC#137097  JMB#262423
Address: 4518 Mt. Harmony Rd Greenwood, AR 72936
479-629-2053

Name of Plaintiff: ADC#
Address:

Name of Plaintiff: ADC#
Address:

Name of Plaintiff: ADC#
Address:

Name of Plaintiff: ADC#
Address:

Name of Plaintiff: ADC#
Address:

Name of Plaintiff ADC # _____
   Address: _____
Name of Plaintiff ADC # _____
   Address: _____
Name of Plaintiff ADC # _____
   Address: _____
Name of Plaintiff ADC # _____
   Address: _____

Place of employment: PCDC

Address: 3201 W. Roosevelt

Name of defendant: Sgt Wynn

Position: Sgt

Place of employment: PCDC

Address: 3201 W. Roosevelt

Name of defendant: Sgt Murphy

Position: Sgt

Place of employment: PCDC

Address: 3201 W. Roosevelt

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.   Place of present confinement: *Pulaski County Detention Center*

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No ___

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓  No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Deputy Jackson was on duty the day I complain of a headache and she called the Medical staff, they saw my blood pressure was up 210/130 and they ask me to take a nap so they said if it get worse let them know, but I got confused and fell a couple of times going to my room so I went to lay down @ 4:00 am. I begin to have medical issue, 1/26/23 I went to UAMS Hospital where I had a slight stroke, plus I haven't even had my P/T or follow up visit, I've lost sight in my left eye partial. It hurts to put my clothes on, I can't believe till this day still no help. Plus I was given the wrong amount of insulin and the nurse lied like she didn't give me any.

-7-

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for my pain and suffering $50,000 would satisfy me. And they pay more attention to people and they human rights.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __19__ day of __Feb_____, 20 __23__.

_James L. [signature]_
_[signature] Jackson_
_Camoon Carlos Santana_
Signature(s) of plaintiff(s)

James McEntire
William Stewart
Noah Campbell

On Feb 17, 2023, I was giving Isulin and wasn't suppose to have any the Nurse made a mistake and gave me 20 units, and turned around falsly put on the paperwork that I didn't recieve any. So she lied on the paperwork Also On the following dates when didn't get any breaks they say they are short staffed, Jan, 16, 17, 18, 21, 23, 26 27, 28 Feb, 10, 11, 12, 16, 17, 18, 19, 20, 21, 22, 25, 26, No showers, No contact with family or lawyers, late meals, late pill call, They The Sgt said they go 4 days without giving us a break as you can see it's more than for 4 days, Our 14th Admentment Rights are being violated bad. please help us. They put they hands on you for no reason also, they spray you for asking for a gruvience, The Next page is of Inmates also who was present durning the dates of violations has occured So the as well is a part of the lawsuit cause we all have had our 14th Admentments Rights, abused and it's not fair to have us caged like an Animal we are humans and should be treated as such.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like all the plantiff in part 2 of this lawsuit to be awarded for their pain in suffering and for haveing they Recreactions taken away for no reason of there own due to negalince of the Pulaski County Regional Detention facility in the Sum of $20,000 OR more, They rights were stripped from the following inmates and we not only want justice for us but for all that had they 14th admendment Rights taken away. If we don't stand for something, we would fall for anything and that's not happening to us, to many ppl has died fighting for our rights and freedom and we want whats due to us. 20 Days total being not able to shower, or call family or Lawyer is very unsatisfactory and in violation of ones civil rights.

James Perry #258693 Rm Q313 L
3201 W. Rosservelt
Little Rock, Arkan. 72204



Pro Se Clerk
600 West Capitol Ave, Rm A149
Little, Rock, Arkansas 72201

IM