FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 14 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
Central DIVISION

CASE NO. 4:23-cv-00160-LPR-PSH

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: James Lawayne Perry
ADC # 258693

Address: 3201 W. Roosevelt Rd. Little Rock, AR 72204

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: DR. Nessersmith
Position: facility Medical Provider
Place of employment: PCDC
Address: 3201 W. Roosevelt Rd

Name of defendant: Nurse Collins
Position: LPN

Nurse Norton
LPN
PCDC 3201 W. Roosevelt Rd

-4-

Place of employment: PCDC / Turn Key Health Care

Address: 3201 W. Roosevelt Rd

Name of defendant: Nurse Shooter / Turn Key Health Care

Position: LPN

Place of employment: PCDC

Address: 3201 W. Roosevelt Rd

Name of defendant: MS. Davis

Position: Medical Director

Place of employment: PCDC

Address: 3201 W. Roosevelt Rd

II.  Are you suing the defendants in:

   ☐ official capacity only
   ☐ personal capacity only
   ☒ both official and personal capacity

III.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ___   No ☒

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   ☐ Parties to the previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

-5-

  ☐ Court (if federal court, name the district; if state court, name the county): _____

  ☐ Docket Number: _____

  ☐ Name of judge to whom case was assigned: _____

  ☐ Disposition: (for example: Was the case dismissed?  Was it appealed? Is it still pending?) _____

  ☐ Approximate date of filing lawsuit: _____

  ☐ Approximate date of disposition: _____

IV. Place of present confinement: _Pulaski County Detention Center_

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

  ✓ in jail and still awaiting trial on pending criminal charges

  ____ serving a sentence as a result of a judgment of conviction

  ____ in jail for other reasons (e.g., alleged probation violation, etc.)
  explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

  A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

    Yes ✓   No ____

  B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? _yes_

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

the sheets are enclosed

I James Lawayne Perry do swear to the following statments below; On Jan 25th 2023 I James Perry went to medical complaining about my head was hurting after getting checked out it was discovered that my blood pressure was 210/130 they told me to go back to my unit and someone was gonna come and recheck it for me and if it get worse let them know, Around 4pm we came out for recreation and I went to the Deputy And informed her "Deputy Jackson to call medical and she did no one came to see me, So I started to get confused and headed back to my room, that's when I fell going up the stairs twice, So an inmate helped me to my room so I can lay down, around 4:00 am. I begin to have some medical issues, A Code red was called by Deputy Hines who works C shift and I was then transported to UAMS Hospital where it was discovered that I had a slight stroke, I was hospitalized for a couple of days and then I was returned back to PCDC under the care of DR. Messersmit Messersmith with instruction from UAMS that I need Physical Therphy also I need an eye appointment set up for my follow up care here it is Feb 19, still no follow up care till this day, During the said time Ive lost partial sight in my left eye weakness to my left side of my body, It hurts to

pg 2

even change my clothes, I've put in numerous of grievances and only 2 of them was responded to by the Director of Medical at the PCDC which her name is Ms. Davis. She came and talked to me twice since my ordeal and then she would talk to Dr. Messersmith. On Feb 14, 2023 I wasn't feeling well so around 2pm I asked the Deputy Ms. V. Scott can she call down to medical for me and they said I will have to wait until tommorow mind you that I am a Type 2 diabetic also I'm Insulin dependent. On Feb 17th was when they finally came due to them being short staffed they say per the provider Dr. Messersmith. So @ around 4pm that evening a new nurse came to my unit to do my acu check by the name of Ms. Collins LPN employeed by Turn Key Health Care under contract to the PCDC with the direction of Dr Messersmith orders, my blood glucose was 115 so I wasn't supposed to recieve nothing but my normal Insulin which is 20 units of N for my maintence but she made a mistake and gave me 20 units of R which is very strong and could be deadly, so when I realized what had happen I reported it to Ms. Davis and she checked the paperwork and Ms. Collins lied and said she didn't give me no Insulin,

per Medical Director Ms Davis, So I told Ms Davis to please review the cameras, She told me ok, and she apologized for what had happen to me, and she sent me to see Dr. Messersmith on March 03, 2023, Dr. Messersmith tried to show me that she put the order in for 20 units of N but it printed on the paperwork 20 units of R but still don't understand how it happen, But being in the medical field the nurse should have caught it, So it happend again by Ms Collins I was given 20 units of R once again on ~~████████~~ so I started feeling bad my blood glucose is 373 now I'm in pain in my hands and feets bad now its a pattern of me getting the wrong meds.

On March 04, 2023 Nurse Norton came to do my acue check and she looked at the paper work which is my orders per DR. Messersmith so it was up 246 and she read and was like I'm not giving you no 20 units of R this can kill you or really hurt you so she circled it and ~~████~~ left and told me I have the rights to refuse this and she is going to contact DR. Messersmith which she did.

On March 06, 2023 a nurse by the name of Nurse Shrader came to do my acue check and my blood glucose was 356 and she begin

P8 of

to make a joke saying should I give you 10 units of N and 20 units of R and she begin to laugh and it hurt my feelings that a member of DR. Messersmith, would act in such a manner, while I was still standing there in my face. So the Deputy who was there name Deputy Lockett ask her what was funny and what she was talking about and she went on to say that the staff here is so smart that they almost took his life and didn't know it. And she was like let me stop laughing then Deputy Lockett asked me why I didn't go to the ER and I said how I'm in here. So I wrote another grievance to Medical about what happen, On March 01, 2023 Medical Director, Ms. Davis came to see me and once again apologize, and said she will have a talk with her.

Amended form from Feb 19, 2023.

James Lawayne Perry

*James Lawayne Perry*
Signature

Per:
~~HA~~ Turn Key Health Care
DR. MesserSmith @ PCDC
MS. Davis Medical Director @ PCDC
Nurse Collins @ PCDC
Nurse Norton @ PCDC
Nurse Shooter @ PCDC

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for my pain and suffering in the amount of 50,000 due to neglent & Malpratice.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 7th day of March, 20 23.

_____
Signature(s) of plaintiff(s)

-8-

James Perry #258695 PmQ313
3201, West Roosevelt Rd
Little Rock AR 72204




US POSTAGE
$00.84°
First-Class
Mailed From 72204
03/13/2023
032A 0061864891

Pro Se Clerk
600 West Capitol Ave
Suite A-149
Little Rock, AR 72201-3325

JEM