IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES LAWRENCE PERRY**                                                                    **PLAINTIFF**
**#258693**

v.                             Case No: 4:23-CV-00160-LPR-PSH

**MESSENSMITH,**
*PA, Turnkey/PCDC*, **et al.**                                                              **DEFENDANTS**

## ORDER

On March 1, 2023, Plaintiff James Lawrence Perry, an inmate at the Pulaski County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] Mail sent to Mr. Perry was returned as undeliverable on September 6, 2023.[2] Accordingly, on that same date, the Court entered an Order directing Mr. Perry to provide notice of his current mailing address within thirty days if he wished to proceed with this lawsuit.[3] The Court warned Mr. Perry that his failure to comply with the Order may cause his Complaint to be dismissed.[4] Mr. Perry has not complied with, or otherwise responded to, the Court's September 6 Order, and the time for doing so has expired. Mr. Perry's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Proposed Findings and Partial Recommendation (PFPR) submitted by United States Magistrate Judge Patricia S. Harris on August 28, 2023 (Doc. 15) is DECLINED as MOOT. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Doc. 16.

[3] Order (Doc. 17).

[4] *Id.*

IT IS SO ORDERED this 24th day of October 2023.

                                                                  _____
                                                                  LEE P. RUDOFSKY
                                                                  UNITED STATES DISTRICT JUDGE